NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


04-1326 C/W 04-1336


STATE OF LOUISIANA

VERSUS

LEROY KENO

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 102404 & 106129
HONORABLE KERRY L. SPRUILL, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**SYLVIA R. COOKS**
**JUDGE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Jimmie C. Peters and J. David Painter, Judges.

**AFFIRMED.**


**Charles A. Riddle, III**
**P.O. Box 1200**
**Marksville, LA 71351**
**(318) 253-6587**
**COUNSEL FOR APPELLEE:**
        **State of Louisiana**


**Karen G. Arena**
**Louisiana Appellate Project**
**110 Veterans Blvd., Suite 222**
**Metairie, LA 70005**
**(504) 828-6780**
**COUNSEL FOR DEFENDANT/APPELLANT:**
        **Leroy Keno**